☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re:  *Tara Swan*                                             Case No.

Debtors:                                                        Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:**  (1) *5425 State Route 225*        (2)
             *Henderson, TN 38340*

**PLAN PAYMENT:**
    **Debtor(1)** shall pay $ *151.00 Semi-Monthly*
    ☑ **PAYROLL DEDUCTION** From:  State of Tennessee, 21st Floor William Snodgrass Tower, 312 Rosa L. Parks Avenue, Nashville, TN 38243

**1. THIS PLAN [Rule 3015.1 Notice]:**
  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]                          ☐ YES   ☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION                            ☑ YES   ☑ NO
      OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].                        ☐ YES   ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                                  Monthly Plan Payment:
                 Paid by: ☐ Debtor(s) directly  ☐ Wage Assignment, **OR** ☐ Trustee to:
*None*           ongoing payment begins _____                                   $ _____
                 Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
*-NONE-*                                   Amount _____                         $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:
*None*                       ongoing payment begins _____                       $ _____
                             Approximate arrearage: _____  Interest _____            $ _____

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]   Value of Collateral:   Rate of Interest:   Monthly Plan Payment:
*World Acceptance*                     *2,310.00*             *7.00*              $*46.00*

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]      Value of Collateral:   Rate of Interest:   Monthly Plan Payment:
*Employee Resources Credit Union*      *7,954.00*             *7.00*              $*160.00*

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
*-NONE-*                               Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**
                                       Amount:                Rate of Interest          Monthly Plan Payment:
*-NONE-*                                                                                  $

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

*None* ☐ Not provided for **OR** ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$17,243.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,

☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

*Acima Credit FKA Simple*: *Furniture* ☐ Assumes **OR** ☑ Rejects.

*Joe Battaglia*: *Land Contract* ☑ Assumes **OR** ☐ Rejects.

*Progressive Leasing*: *Tires* ☑ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

*None*

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Alissa York Gay                                                                                            Date  *March 21, 2019*  .

**Alissa York Gay 024812**

**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**                    /al